# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher J. Matteo<br>   <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 15-23777 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.. AS TRUSTEE ON BEHALF OF CWABS ASSET-BACKED CERTIFICATES TRUST 2006-BC5 BY GREEN TREE SERVICING LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0476

        Respectfully submitted,


        **/s/ James C. Warmbrodt, Esquire**
        James C. Warmbrodt, Esquire
        jwarmbrodt@kmllawgroup.com
        Attorney I.D. No. 42524
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        Phone: 215-825-6306
        Fax: 215-825-6406
        Attorney for Movant/Applicant