**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-23777-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Christopher J. Matteo
227 East Euclid Ave
New Castle PA 16105

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/21/2017.

Name and Address of Alleged Transferor(s):

Claim No. 5: Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

Ditech Financial LLC
c/o Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd, 5th Floor
Coral Gables, FL 33146

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/24/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christopher J. Matteo  
    Debtor

Case No. 15-23777-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Sep 22, 2017  
                        Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14145139       E-mail/Text: bankruptcy.bnc@ditech.com Sep 23 2017 00:44:48     Ditech Financial LLC,  
         PO BOX 6154,    Rapid City, SD 57709-6154  
                                                                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2017 at the address(es) listed below:

       James    Warmbrodt     on   behalf   of   Creditor     THE   BANK   OF   NEW   YORK   MELLON   TRUST   COMPANY,   ET   Al...  
        bkgroup@kmllawgroup.com  
       Joshua I. Goldman     on behalf of Creditor     THE BANK OF NEW YORK MELLON TRUST COMPANY, ET Al...  
        bkgroup@kmllawgroup.com  
       Michael C. Eisen     on behalf of Debtor Christopher J. Matteo attorneyeisen@yahoo.com,  
        aarin96@hotmail.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                                TOTAL: 5