Form 410

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Christopher J. Matteo**
  Debtor(s)

Bankruptcy Case No.: 15−23777−CMB

Chapter: 13
Docket No.: 50 − 49
Concil. Conf.: January 24, 2019 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 5, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **November 19, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 24, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 19, 2018                                               Carlota M. Bohm
                                                                                    United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

### **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                   Case No. 15-23777-CMB
Christopher J. Matteo                                                    Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0315-2           User: kthe                  Page 1 of 2                  Date Rcvd: Sep 19, 2018
                               Form ID: 410                Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db             +Christopher J. Matteo,    227 East Euclid Ave,   New Castle, PA 16105-2511
cr             +Bayview Loan Servicing, LLC, et. al.,    4425 Ponce de Leon Boulevard,   5th Floor,
                 Coral Gables, FL 33146-1837
14122388       +RCS/CVI Loan GT Trust I,    PO Box 10497,   Greenville, SC 29603-0497
14122389       +Tek-Collect,    PO Box 1269,   Columbus, OH 43216-1269
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 20 2018 02:40:08
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
14132264        E-mail/Text: ally@ebn.phinsolutions.com Sep 20 2018 02:26:25     Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
14122382       +E-mail/Text: ally@ebn.phinsolutions.com Sep 20 2018 02:26:25     Ally Financial,
                 PO Box 380902,    Minneapolis, MN 55438-0902
14159702       +E-mail/Text: csc.bankruptcy@amwater.com Sep 20 2018 02:28:23     American Water,   P.O. Box 578,
                 Alton, IL 62002-0578
14173051       +E-mail/Text: bnc@atlasacq.com Sep 20 2018 02:26:27     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14122383       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 20 2018 02:26:42     Brylane Home,
                 Comenity Bank,    Customer Service,   PO Box 182125,   Columbus, OH 43218-2125
14122384       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 20 2018 02:39:29     Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
14122385       +E-mail/Text: abovay@creditmanagementcompany.com Sep 20 2018 02:27:51
                 Credit Management Company,    2121 Noblestown Road,   Pittsburgh, PA 15205-3956
14145139        E-mail/Text: bankruptcy.bnc@ditech.com Sep 20 2018 02:26:36     Ditech Financial LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154
14697120       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 20 2018 02:27:52
                 Ditech Financial LLC,    c/o Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
14122386       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 20 2018 02:26:36     Green Tree Servicing,
                 PO Box 6172,    Rapid City, SD 57709-6172
14130188       +E-mail/Text: cio.bncmail@irs.gov Sep 20 2018 02:26:33     IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14152811        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 20 2018 02:39:42     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10675,   Greenville, SC 29603-0675
14122387       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 20 2018 02:27:18     Midland Funding LLC,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
14171969       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 20 2018 02:27:28     Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
14129999        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2018 02:27:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
14140715        E-mail/Text: bnc-quantum@quantum3group.com Sep 20 2018 02:26:46
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
14123035        E-mail/PDF: rmscedi@recoverycorp.com Sep 20 2018 02:38:58
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              THE BANK OF NEW YORK MELLON TRUST COMPANY, ET Al..
cr*            +Atlas Acquisitions LLC,    294 Union St.,   Hackensack, NJ 07601-4303
cr*            +Ditech Financial LLC,    PO BOX 6154,   RAPID CITY, SD 57709-6154
14130183*      +Ally Financial,    PO Box 380902,   Minneapolis, MN 55438-0902
14130184*      +Brylane Home,    Comenity Bank,   Customer Service,   PO Box 182125,   Columbus, OH 43218-2125
14130185*      +Capital One,    PO Box 30285,   Salt Lake City, UT 84130-0285
14130186*      +Credit Management Company,    2121 Noblestown Road,   Pittsburgh, PA 15205-3956
14130187*      +Green Tree Servicing,    PO Box 6172,   Rapid City, SD 57709-6172
14130189*      +Midland Funding LLC,    8875 Aero Drive, Ste 200,   San Diego, CA 92123-2255
14130190*      +RCS/CVI Loan GT Trust I,    PO Box 10497,   Greenville, SC 29603-0497
14130191*      +Tek-Collect,    PO Box 1269,   Columbus, OH 43216-1269
                                                                                   TOTALS: 2, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2                   User: kthe                    Page 2 of 2                    Date Rcvd: Sep 19, 2018
                                       Form ID: 410                  Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, ET Al...
               bkgroup@kmllawgroup.com
              Joshua I. Goldman     on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, ET Al...
               bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et. al. pabk@logs.com
              Michael C. Eisen    on behalf of Debtor Christopher J. Matteo attorneyeisen@yahoo.com,
               aarin96@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```