IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Christopher J. Matteo | : | Bankruptcy No. 15-23777-CMB |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Lorrie A. Matteo | : | |
| Movant | : | Related to: 54 |
| | : | |
| v. | : | |
| UPMC Jameson | : | |
| Respondent | : | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT FOR NON-FILING SPOUSE**

    The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:
    IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor's non-filing spouse receives income:

> UPMC JAMESON
> ATTN: PAYROLL MANAGER
> 1211 WILMINGTON AVE
> NEW CASTLE, PA 16105

shall deduct from that income the sum of **$502.00 BI-WEEKLY** beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor's non-filing spouse receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor's non-filing spouse, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> RONDA J. WINNECOUR
> CHAPTER 13 TRUSTEE, W.D.PA.
> P.O. BOX 84051
> CHICAGO, IL 60689

    IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's non-filing spouse's income is terminated and the reason therefor.
    IT IS FURTHER ORDERED that the Debtor shall serve this order and a copy of the Notification of Debtor's Non-Filing Spouses Social Security Number, Local Bankruptcy Form 12, that includes the debtor's non-filing spouses full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.
    IT IS FURTHER ORDERED that all remaining income of the Debtor's non-filing spouse, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor's non-filing spouse in accordance with usual payment procedures.
    IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR'S NON-FILING SPOUSE WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.
    IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.
    IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor's non-filing spouse for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

Dated: November 7, 2018

Carlota M. Böhm  glb
Chief United States Bankruptcy Judge

FILED
11/7/18 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 15-23777-CMB
Christopher J. Matteo                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr                  Page 1 of 1            Date Rcvd: Nov 07, 2018
                               Form ID: pdf900             Total Noticed: 2

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2018.
db           +Christopher J. Matteo,    227 East Euclid Ave,    New Castle, PA 16105-2511
             +UPMC Jameson,    Attn: Payroll Manager,    1211 Wilmington Ave,    New Castle, PA 16105-2516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, ET Al...
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, ET Al...
           bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et. al. pabk@logs.com
          Michael C. Eisen    on behalf of Debtor Christopher J. Matteo attorneyeisen@yahoo.com,
           aarin96@hotmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```