**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
CHRISTOPHER J. MATTEO                            Case No. 15-23777CMB

        Debtor(s)
RONDA J. WINNECOUR,                              Chapter 13
Standing Chapter 13 Trustee,

        Movant                                   Document No __
vs.
BAYVIEW LOAN SERVICING LLC**

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to SHELLPOINT MORTGAGE SERVICING. No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

BAYVIEW LOAN SERVICING LLC**           Court claim# 5/Trustee CID# 3
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES, FL 33146

The Movant further certifies that on 02/11/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>CHRISTOPHER J. MATTEO, 227 EAST EUCLID AVE, NEW CASTLE, PA 16105 | DEBTOR'S COUNSEL:<br>MICHAEL C EISEN ESQ, M EISEN AND ASSOCIATES PC, 404 MCKNIGHT PARK DR, PITTSBURGH, PA  15237 |
| ORIGINAL CREDITOR:<br>BAYVIEW LOAN SERVICING LLC**, 4425 PONCE DE LEON BLVD 5TH FL, CORAL GABLES, FL  33146 | :<br>SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, GREENVILLE, SC  29603-0826 |
| ORIGINAL CREDITOR'S COUNSEL:<br>KEVIN S FRANKEL ESQ, SHAPIRO & DENARDO LLC, 3600 HORIZON DR STE 150, KING OF PRUSSIA, PA 19406 | |
| NEW CREDITOR:<br>SHELLPOINT MORTGAGE SERVICING<br>PO BOX 740039<br>CINCINNATI, OH 45274-0039 | |