**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　CHRISTOPHER J. MATTEO | Case No.15-23777CMB |
| 　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　Movant<br>　　vs.<br>CHRISTOPHER J. MATTEO<br><br>　　Respondents | Chapter 13<br><br>Related to:  Document No. 75 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __2nd__ day of __November__, 20__20__, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　　　　　Bur Of Comm Payroll Operations
　　　　　　　　Attn: Payroll Manager
　　　　　　　　Pob 8006
　　　　　　　　Harrisburg,PA 17105-

is hereby ordered to immediately terminate the attachment of the wages of CHRISTOPHER J. MATTEO, social security number XXX-XX-7804.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHRISTOPHER J. MATTEO.

cc: Debtor(s)
　　Debtor(s) Attorney
　　Debtor(s) Employer

BY THE COURT:

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
11/2/20 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Christopher J. Matteo  
    Debtor(s)

Case No. 15-23777-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2  
Date Rcvd: Nov 02, 2020     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol  Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christopher J. Matteo, 227 East Euclid Ave, New Castle, PA 16105-2511 |
|  | + Bur of Comm Payroll Operations, Attn: Payroll Manager, POB 8006, Harrisburg, PA 17105-8006 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY ET Al... bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY ET Al... jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor Bayview Loan Servicing LLC, et. al. pabk@logs.com |
| Michael C. Eisen | on behalf of Debtor Christopher J. Matteo attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: gamr Page 2 of 2
Date Rcvd: Nov 02, 2020 Form ID: pdf900 Total Noticed: 2

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 6