IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  )
Lorrie Matteo  )   Case No: 15-23777 CMB
  )   Chapter 13
    Non-filing spouse  )
_____  )
  )   Related to: Document No. 76
Ronda J. Winnecour, Chapter 13  )
Trustee,  )
    Movant,  )
  )
    Vs.  )
Lorrie Matteo  )
    Respondent(s)  )

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __2nd__ day of __November__, 20__20__ it is hereby ORDERED, ADJUDGED, and DECREED that,

    UPMC JAMESON
    ATTN: PAYROLL MANAGER
    1211 WILMINGTON AVE
    NEW CASTLE, PA  16105

is hereby ordered to immediately terminate the attachment of the wages of LORRIE MATTEO. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LORRIE MATTEO.

XXXXXXXXXXXXXXXXXX

cc: Debtor(s)
    Debtor(s) Attorney
    Non-filing Spouse Employer

BY THE COURT:

_Carlota M. Böhm_     glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
11/2/20 9:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:   Case No. 15-23777-CMB
Christopher J. Matteo   Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Nov 02, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher J. Matteo, 227 East Euclid Ave, New Castle, PA 16105-2511 |
|  | + | UPMC Jameson, Attn: Payroll Manager, 1211 Wilmington Ave., New Castle, PA 16105-2516 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020       Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:**

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  ET Al... bnicholas@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  ET Al... jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com

Kevin Scott Frankel
    on behalf of Creditor Bayview Loan Servicing  LLC, et. al. pabk@logs.com

Michael C. Eisen
    on behalf of Debtor Christopher J. Matteo attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: gamr | Page 2 of 2
Date Rcvd: Nov 02, 2020 | Form ID: pdf900 | Total Noticed: 2

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 6