Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Christopher J. Matteo**
Debtor(s)

Bankruptcy Case No.: 15−23777−CMB

Chapter: 13
Docket No.: 84 − 83

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 22nd of December, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/5/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/17/21 at 01:30 PM at https://www.zoomgov.com/j/** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/5/21.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Christopher J. Matteo  
    Debtor(s)

Case No. 15-23777-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 3  
Date Rcvd: Dec 22, 2020      Form ID: 408v      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher J. Matteo, 227 East Euclid Ave, New Castle, PA 16105-2511 |
| cr | + | Bayview Loan Servicing, LLC, et. al., 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| 14145139 | | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 14122386 | + | Green Tree Servicing, PO Box 6172, Rapid City, SD 57709-6172 |
| 14122388 | + | RCS/CVI Loan GT Trust I, PO Box 10497, Greenville, SC 29603-0497 |
| 15211757 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14122389 | + | Tek-Collect, PO Box 1269, Columbus, OH 43216-1269 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Dec 23 2020 02:47:38 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14173051 | | Email/Text: bnc@atlasacq.com | Dec 23 2020 03:49:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14132264 | | Email/Text: ally@ebn.phinsolutions.com | Dec 23 2020 03:48:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14122382 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 23 2020 03:48:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14159702 | + | Email/Text: csc.bankruptcy@amwater.com | Dec 23 2020 04:24:00 | American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 14122383 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 23 2020 04:22:00 | Brylane Home, Comenity Bank, Customer Service, PO Box 182125, Columbus, OH 43218-2125 |
| 14122384 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 23 2020 02:47:07 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14122385 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 23 2020 04:24:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14697120 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Dec 23 2020 04:24:00 | Ditech Financial LLC, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 14130188 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 23 2020 03:49:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14152811 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2020 02:38:57 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10675, Greenville, SC 29603-0675 |
| 14122387 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 23 2020 04:23:00 | Midland Funding LLC, 8875 Aero Drive, Ste 200, San Diego, CA 92123-2255 |
| 14171969 | + | Email/Text: bankruptcy@firstenergycorp.com | | |

Case 15-23777-CMB    Doc 86    Filed 12/24/20    Entered 12/25/20 00:48:28    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: gamr | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2020 | Form ID: 408v | Total Noticed: 23 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Dec 23 2020 04:23:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14129999 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 23 2020 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14140715 | Email/Text: bnc-quantum@quantum3group.com | Dec 23 2020 04:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14123035 | Email/PDF: rmscedi@recoverycorp.com | Dec 23 2020 02:38:53 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | THE BANK OF NEW YORK MELLON TRUST COMPANY, ET Al.. |
| cr | | The Bank of New York Mellon |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *+ | Ditech Financial LLC, PO BOX 6154, RAPID CITY, SD 57709-6154 |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14130183 | *+ | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14130184 | *+ | Brylane Home, Comenity Bank, Customer Service, PO Box 182125, Columbus, OH 43218-2125 |
| 14130185 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14130186 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14130187 | *+ | Green Tree Servicing, PO Box 6172, Rapid City, SD 57709-6172 |
| 14130189 | *+ | Midland Funding LLC, 8875 Aero Drive, Ste 200, San Diego, CA 92123-2255 |
| 14130190 | *+ | RCS/CVI Loan GT Trust I, PO Box 10497, Greenville, SC 29603-0497 |
| 14130191 | *+ | Tek-Collect, PO Box 1269, Columbus, OH 43216-1269 |

TOTAL: 3 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  ET Al... bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  ET Al... jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |

District/off: 0315-2 | User: gamr | Page 3 of 3
Date Rcvd: Dec 22, 2020 | Form ID: 408v | Total Noticed: 23

Kevin Scott Frankel
        on behalf of Creditor Bayview Loan Servicing  LLC, et. al. pabk@logs.com

Michael C. Eisen
        on behalf of Debtor Christopher J. Matteo attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 6