**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER J. MATTEO<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>         Movant<br>      vs.<br>No Respondents. | Case No.:15-23777<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

    4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

December 21, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/16/2015 and confirmed on 12/21/15. The case was subsequently  Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 112,204.00 |
| Less Refunds to Debtor | 3,403.59 | |
| TOTAL AMOUNT OF PLAN FUND | | 108,800.41 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 5,106.83 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,606.83 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 59,384.52 | 0.00 | 59,384.52 |
|     Acct: 9604 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 16,456.18 | 16,456.18 | 0.00 | 16,456.18 |
|     Acct: 9604 | | | | |
|   ALLY FINANCIAL(*) | 10,745.82 | 10,745.82 | 1,117.73 | 11,863.55 |
|     Acct: 1791 | | | | |
|   LVNV FUNDING LLC | 500.00 | 500.00 | 0.00 | 500.00 |
|     Acct: 0291 | | | | |
| | | | | 88,204.25 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER J. MATTEO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER J. MATTEO | 1,004.00 | 1,004.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER J. MATTEO | 2,399.59 | 2,399.59 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M EISEN AND ASSOCIATES PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 3,301.78 | 3,301.78 | 0.00 | 3,301.78 |
|     Acct: 7804 | | | | |
|   PA DEPARTMENT OF REVENUE* | 747.21 | 747.21 | 0.00 | 747.21 |
|     Acct: 7804 | | | | |
| | | | | 4,048.99 |
| **Unsecured** | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 420.79 | 420.79 | 0.00 | 420.79 |
|     Acct: 7246 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5605 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5919 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |

15-23777                                                                                                           Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 5735 | | | | |
|   LVNV FUNDING LLC | 3,763.13 | 3,763.13 | 0.00 | 3,763.13 |
|     Acct: 0291 | | | | |
|   TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9983 | | | | |
|   PA DEPARTMENT OF REVENUE* | 124.74 | 124.74 | 0.00 | 124.74 |
|     Acct: 7804 | | | | |
|   INTERNAL REVENUE SERVICE* | 1,856.47 | 1,856.47 | 0.00 | 1,856.47 |
|     Acct: 7804 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 672.29 | 672.29 | 0.00 | 672.29 |
|     Acct: 9652 | | | | |
|   AMERICAN WATER CO** | 124.21 | 124.21 | 0.00 | 124.21 |
|     Acct: 5586 | | | | |
|   PENN POWER/FIRST ENERGY* | 978.71 | 978.71 | 0.00 | 978.71 |
|     Acct: 1656 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9029 | | | | |
|   ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 7,940.34 |

TOTAL PAID TO CREDITORS                                                                                         100,193.58

  TOTAL CLAIMED
  PRIORITY        4,048.99
  SECURED       27,702.00
  UNSECURED    7,940.34

Date: 12/21/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    CHRISTOPHER J. MATTEO

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-23777

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

    _____
    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Christopher J. Matteo  
    Debtor(s)

Case No. 15-23777-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 3  
Date Rcvd: Dec 22, 2020      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher J. Matteo, 227 East Euclid Ave, New Castle, PA 16105-2511 |
| cr | + | Bayview Loan Servicing, LLC, et. al., 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| 14145139 | | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 14122386 | + | Green Tree Servicing, PO Box 6172, Rapid City, SD 57709-6172 |
| 14122388 | + | RCS/CVI Loan GT Trust I, PO Box 10497, Greenville, SC 29603-0497 |
| 15211757 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14122389 | + | Tek-Collect, PO Box 1269, Columbus, OH 43216-1269 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Dec 23 2020 02:38:53 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14173051 | | Email/Text: bnc@atlasacq.com | Dec 23 2020 03:49:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14132264 | | Email/Text: ally@ebn.phinsolutions.com | Dec 23 2020 03:48:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14122382 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 23 2020 03:48:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14159702 | + | Email/Text: csc.bankruptcy@amwater.com | Dec 23 2020 04:24:00 | American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 14122383 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 23 2020 04:22:00 | Brylane Home, Comenity Bank, Customer Service, PO Box 182125, Columbus, OH 43218-2125 |
| 14122384 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 23 2020 02:47:11 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14122385 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 23 2020 04:24:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14697120 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Dec 23 2020 04:24:00 | Ditech Financial LLC, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 14130188 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 23 2020 03:49:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14152811 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2020 02:39:00 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10675, Greenville, SC 29603-0675 |
| 14122387 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 23 2020 04:23:00 | Midland Funding LLC, 8875 Aero Drive, Ste 200, San Diego, CA 92123-2255 |
| 14171969 | + | Email/Text: bankruptcy@firstenergycorp.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Dec 23 2020 04:23:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14129999 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 23 2020 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14140715 | Email/Text: bnc-quantum@quantum3group.com | Dec 23 2020 04:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14123035 | Email/PDF: rmscedi@recoverycorp.com | Dec 23 2020 02:47:39 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Ditech Financial LLC |
| cr |  | THE BANK OF NEW YORK MELLON TRUST COMPANY, ET Al.. |
| cr |  | The Bank of New York Mellon |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *+ | Ditech Financial LLC, PO BOX 6154, RAPID CITY, SD 57709-6154 |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14130183 | *+ | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14130184 | *+ | Brylane Home, Comenity Bank, Customer Service, PO Box 182125, Columbus, OH 43218-2125 |
| 14130185 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14130186 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14130187 | *+ | Green Tree Servicing, PO Box 6172, Rapid City, SD 57709-6172 |
| 14130189 | *+ | Midland Funding LLC, 8875 Aero Drive, Ste 200, San Diego, CA 92123-2255 |
| 14130190 | *+ | RCS/CVI Loan GT Trust I, PO Box 10497, Greenville, SC 29603-0497 |
| 14130191 | *+ | Tek-Collect, PO Box 1269, Columbus, OH 43216-1269 |

TOTAL: 3 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY ET Al... bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY ET Al... jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |

District/off: 0315-2 | User: gamr | Page 3 of 3
Date Rcvd: Dec 22, 2020 | Form ID: pdf900 | Total Noticed: 23

Kevin Scott Frankel
    on behalf of Creditor Bayview Loan Servicing  LLC, et. al. pabk@logs.com

Michael C. Eisen
    on behalf of Debtor Christopher J. Matteo attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6