**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Christopher J. Matteo** | Social Security number or ITIN    xxx–xx–7804 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:    **15–23777–CMB**

# Order of Discharge                                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher J. Matteo

2/8/21                                                                    **By the court:**    Carlota M. Bohm
                                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 15-23777-CMB

Christopher J. Matteo                                                                    Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                          User: mgut                                          Page 1 of 3

Date Rcvd: Feb 08, 2021                               Form ID: 3180W                                   Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher J. Matteo, 227 East Euclid Ave, New Castle, PA 16105-2511 |
| cr | + | Bayview Loan Servicing, LLC, et. al., 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| 14145139 | | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 14697120 | + | Ditech Financial LLC, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 14122386 | + | Green Tree Servicing, PO Box 6172, Rapid City, SD 57709-6172 |
| 14122388 | + | RCS/CVI Loan GT Trust I, PO Box 10497, Greenville, SC 29603-0497 |
| 15329211 | + | Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 15211757 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14122389 | + | Tek-Collect, PO Box 1269, Columbus, OH 43216-1269 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 09 2021 04:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2021 03:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: RECOVERYCORP.COM | Feb 09 2021 04:18:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14173051 | | EDI: ATLASACQU | Feb 09 2021 04:18:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14132264 | | EDI: GMACFS.COM | Feb 09 2021 04:18:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14122382 | + | EDI: GMACFS.COM | Feb 09 2021 04:18:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14159702 | + | Email/Text: csc.bankruptcy@amwater.com | Feb 09 2021 03:01:00 | American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 14122383 | + | EDI: WFNNB.COM | Feb 09 2021 04:18:00 | Brylane Home, Comenity Bank, Customer Service, PO Box 182125, Columbus, OH 43218-2125 |
| 14122384 | + | EDI: CAPITALONE.COM | Feb 09 2021 04:18:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14122385 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 09 2021 03:00:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14697120 | + | EDI: LCIBAYLN | | |

| | | | Feb 09 2021 04:18:00 | Ditech Financial LLC, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
|---|---|---|---|---|
| 14130188 | + | EDI: IRS.COM | Feb 09 2021 04:18:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14152811 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2021 02:54:05 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10675, Greenville, SC 29603-0675 |
| 14122387 | + | EDI: MID8.COM | Feb 09 2021 04:18:00 | Midland Funding LLC, 8875 Aero Drive, Ste 200, San Diego, CA 92123-2255 |
| 14171969 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 09 2021 03:00:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14129999 | | EDI: PENNDEPTREV | Feb 09 2021 04:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14129999 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2021 03:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14140715 | | EDI: Q3G.COM | Feb 09 2021 04:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14123035 | | EDI: RECOVERYCORP.COM | Feb 09 2021 04:18:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | THE BANK OF NEW YORK MELLON TRUST COMPANY, ET Al.. |
| cr | | The Bank of New York Mellon |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *+ | Ditech Financial LLC, PO BOX 6154, RAPID CITY, SD 57709-6154 |
| cr | *+ | Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14130183 | *+ | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14130184 | *+ | Brylane Home, Comenity Bank, Customer Service, PO Box 182125, Columbus, OH 43218-2125 |
| 14130185 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14130186 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14130187 | *+ | Green Tree Servicing, PO Box 6172, Rapid City, SD 57709-6172 |
| 14130189 | *+ | Midland Funding LLC, 8875 Aero Drive, Ste 200, San Diego, CA 92123-2255 |
| 14130190 | *+ | RCS/CVI Loan GT Trust I, PO Box 10497, Greenville, SC 29603-0497 |
| 14130191 | *+ | Tek-Collect, PO Box 1269, Columbus, OH 43216-1269 |

TOTAL: 3 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0315-2 | User: mgut | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2021 | Form ID: 3180W | Total Noticed: 25 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2021            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY ET Al... bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY ET Al... jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor Bayview Loan Servicing LLC, et. al. pabk@logs.com |
| Michael C. Eisen | on behalf of Debtor Christopher J. Matteo attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6