**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    CHRISTOPHER J. MATTEO

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:15-23777

Chapter 13

Related to: Document No. 83

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___8th___ day of ___Feburary___, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
2/8/21 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Christopher J. Matteo
    Debtor

Case No. 15-23777-CMB

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 3

Date Rcvd: Feb 08, 2021      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Christopher J. Matteo, 227 East Euclid Ave, New Castle, PA 16105-2511 |
| cr | + | Bayview Loan Servicing, LLC, et. al., 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| 14145139 | | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 14122386 | + | Green Tree Servicing, PO Box 6172, Rapid City, SD 57709-6172 |
| 14122388 | + | RCS/CVI Loan GT Trust I, PO Box 10497, Greenville, SC 29603-0497 |
| 15329211 | + | Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 15211757 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14122389 | + | Tek-Collect, PO Box 1269, Columbus, OH 43216-1269 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 09 2021 02:52:38 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14173051 | | Email/Text: bnc@atlasacq.com | Feb 09 2021 02:59:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14132264 | | Email/Text: ally@ebn.phinsolutions.com | Feb 09 2021 02:59:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14122382 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 09 2021 02:59:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14159702 | + | Email/Text: csc.bankruptcy@amwater.com | Feb 09 2021 03:01:00 | American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 14122383 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2021 02:59:00 | Brylane Home, Comenity Bank, Customer Service, PO Box 182125, Columbus, OH 43218-2125 |
| 14122384 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 09 2021 02:55:34 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14122385 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 09 2021 03:00:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14697120 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 09 2021 02:59:00 | Ditech Financial LLC, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 14130188 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 09 2021 02:59:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14152811 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2021 02:52:39 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10675, Greenville, SC 29603-0675 |
| 14122387 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2021 03:00:00 | Midland Funding LLC, 8875 Aero Drive, Ste 200, |

District/off: 0315-2                          User: mgut                                        Page 2 of 3
Date Rcvd: Feb 08, 2021                   Form ID: pdf900                             Total Noticed: 24

| | | | | San Diego, CA 92123-2255 |
|---|---|---|---|---|
| 14171969 | + Email/Text: bankruptcy@firstenergycorp.com | | Feb 09 2021 03:00:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14129999 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Feb 09 2021 03:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14140715 | Email/Text: bnc-quantum@quantum3group.com | | Feb 09 2021 02:59:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14123035 | Email/PDF: rmscedi@recoverycorp.com | | Feb 09 2021 02:55:31 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | THE BANK OF NEW YORK MELLON TRUST COMPANY, ET Al.. |
| cr | | The Bank of New York Mellon |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *+ | Ditech Financial LLC, PO BOX 6154, RAPID CITY, SD 57709-6154 |
| cr | *+ | Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14130183 | *+ | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14130184 | *+ | Brylane Home, Comenity Bank, Customer Service, PO Box 182125, Columbus, OH 43218-2125 |
| 14130185 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14130186 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14130187 | *+ | Green Tree Servicing, PO Box 6172, Rapid City, SD 57709-6172 |
| 14130189 | *+ | Midland Funding LLC, 8875 Aero Drive, Ste 200, San Diego, CA 92123-2255 |
| 14130190 | *+ | RCS/CVI Loan GT Trust I, PO Box 10497, Greenville, SC 29603-0497 |
| 14130191 | *+ | Tek-Collect, PO Box 1269, Columbus, OH 43216-1269 |

TOTAL: 3 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2021                           Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  ET Al... bnicholas@kmllawgroup.com |

District/off: 0315-2                    User: mgut                                    Page 3 of 3
Date Rcvd: Feb 08, 2021                 Form ID: pdf900                              Total Noticed: 24

Joshua I. Goldman
                    on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  ET Al... jgoldman@kmllawgroup.com,
                    kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Kevin Scott Frankel
                    on behalf of Creditor Bayview Loan Servicing  LLC, et. al. pabk@logs.com

Michael C. Eisen
                    on behalf of Debtor Christopher J. Matteo attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 6